1  DAVID S. RATNER (SBN 316267)
   SHELLEY A. MOLINEAUX (SBN 277884)
2  RATNER MOLINEAUX, LLP
   1990 N. California Blvd., Suite 20
3  Walnut Creek, CA 94596
4  Tel: (925) 239-0899
   Fax: (925) 801-3818
5  david@ratnermolineaux.com
   shelley@ratnermolineaux.com
6
7  Attorneys for Plaintiff
   FRANCINE AUSTIN
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCINE AUSTIN,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH,<br>　　　　　　　　　Defendant. | Case No. 3:20-cv-07803-RS<br><br>(Judge Richard Seeborg)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE MOTION HEARING AND BRIEFING SCHEDULE**<br><br>Date: October 28, 2021<br>Time: 1:30 PM<br>Crtrm: 3 - 17th Floor San Francisco<br><br>Complaint Filed: November 4, 2020<br>Jury Selection/Trial: January 18, 2022<br>Pre-Trial Conf: January 5, 2022<br>Trial Date: January 18, 2022 |

## **STIPULATION**

After meeting and conferring, Plaintiff Francine Austin ("Plaintiff") and Defendant City and County of San Francusco and its consitutuent department the San Francisco Department of Public Health, by and through their counsel of record, hereby jointly request this Court to approve a continuance of the currently scheduled October 28, 2021, Defendant's Motion for Summary Adudication/Parital Summary Judgment ("Motion"), for fourteen (14) days from the scheduled date, or such other date the Court deems appropriate, and the related briefing schedule, on the following grounds:

1    **WHEREAS**, the Court issued a Scheduling Order dated September 23, 2021 (Dkt#35 and #36),
2    setting the following pertinent dates and deadlines:
3       • Setting the Motion hearing date on October 28, 2021 at 1:30;
4       • Response date to the Motion on October 7, 2021;
5       • Reply date to the Motion on October 14, 2021;
6    **WHEREAS**, the Court issued an Order Setting Settlement Conference dated June 25, 2021
7    (Dkt#29), setting a Settlement Conference in this matter for October 14, 2021 at 9:30 a.m.
8    **WHEREAS**, the parties jointly request a fourteen (14) day extension of time for the hearing on
9    the Motion, Response date, and Reply date, in order to allow the parties to focus on resolving this matter
10   at the October 14, 2021, Settlement Conference. The parties agree that a brief fourteen (14) day
11   continuance of the Motion hearing date, Response date, and Reply date is appropriate.
12   **WHEREAS**, this stipulation does not alter any other date, or any event or deadline already fixed
13   by Court order or rule.
14   **NOW THEREFORE, THE PARTIES STIPULATE**, subject to the Court's approval, to request
15   that the Court continue the hearing on the Motion to November 11, 2021, Plaintiff's Response date to
16   October 21, 2021, and Defendant's Reply date to October 28, 2021, or such other dates that the Court
17   deems appropriate and that is convenient for all parties and counsel.
18   **IT IS SO STIPULATED** and respectfully submitted.
19   Facsimile and/or electronic signatures shall serve as the original for purposes of executing and
20   filing this stipulation to continue the settlement conference date.

Dated: October 4, 2021           Respectfully Submitted,

RATNER MOLINEAUX, LLP

/s/ *David S. Ratner*
_____
David S. Ratner
Shelley A. Molineaux
RATNER MOLINEAUX, LLP

Attorneys for Plaintiff
FRANCINE AUSTIN

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 4, 2021 | Respectfully Submitted, |
| 3 | | DENNIS J. HERRERA |
| 4 | | City Attorney |
| | | KATHARINE HOBIN PORTER |
| 5 | | Chief Labor Attorney |
| | | PETER ABRAHAM COWNAN |
| 6 | | Deputy City Attorney |
| 7 | | |
| | | /s/ Peter A. Cownan |
| 8 | | PETER ABRAHAM COWNAN |
| 9 | | Attorneys for Defendant |
| 10 | | CITY AND COUNTY OF SAN FRANCISCO |

## ORDER

The Court having reviewed the joint stipulation and finds good cause to continue the Hearing on Defendant's Motion for Summry Adjudication/Partial Summary Judgment, and related briefing schedule.

**IT IS SO ORDERED** that the briefing schedule and upcoming hearing of this action be continued to the following dates:

| | |
|---|---|
| Plaintiff's Response date | October 21, 2021 ; |
| Defendant's Reply date | October 28, 2021 ; |
| Hearing on Motion | November 18, 2021 at 1:30 pm . |

Dated: October 5, 2021

_____
UNITED STATES DISTRICT COURT JUDGE